THE HONORABLE MARSHA J. PECHMAN

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
IN SEATTLE

| | |
|---|---|
| 2FL ENTERPRISES, LLC, a Washington limited liability company, | No. 2:17-cv-00676 MJP |
| Plaintiff, | STIPULATED MOTION & PROPOSED ORDER TO AMEND ORDER SETTING TRIAL DATE AND RELATED DATES |
| v. | |
| HOUSTON SPECIALTY INSURANCE COMPANY, a foreign insurance company, | NOTE ON MOTION CALENDAR: February 1, 2018 |
| Defendant. | |

Plaintiff 2FL Enterprises and Defendant Houston Specialty Insurance Company jointly move the court for an Order Amending the Order Setting Trial Dates and Related Dates *Dkts.* 13, 15.

Currently, the deadline for disclosure of expert testimony under Fed. R. Civ. P. (a)(2) is February 7, 2018 and disclosure of rebuttal witnesses is March 9, 2018; the deadline to complete discovery is April 9, 2018, and all discovery motions must be noted on the motion

HARPER | HAYES PLLC
One Union Square
600 University Street, Suite 2420
Seattle, Washington 98101
Telephone: 206-340-8010
Facsimile: 206-260-2852

1  calendar no later than the Friday before that. This is the parties' first request to amend the

2  order setting trial dates and related dates.

3        Good cause exists for a modification of the case schedule. This case is an insurance

4  coverage dispute arising out of an underlying lawsuit against 2FL: *MCS Investments, LLC v.*

5  *2FL Enterprises, LLC,* King County Superior Court Case No. 16-2-09143-1 SEA.

6        2FL filed a Motion for Partial Summary Judgment on September 7, 2017. *Dkt. 16.*

7  The Court's Order has the potential to greatly impact the need for experts and scope of

8  necessary discovery in this matter. The parties therefore request that the Court amend the case

9  schedule to ensure efficient and productive discovery.

10        Accordingly, the parties ask that the Court extend the following deadlines:

11

| Case Event | Old Date | New Date |
|---|---|---|
| Disclosure of expert testimony under FRCP 26(a)(2) | 2/7/18 | 3/7/18 |
| Disclosure of Rebuttal Witnesses | 3/9/18 | 4/6/18 |
| Discovery completed by | 4/9/18 | 5/7/18 |

15

16        No party will be prejudiced by the extension of these deadlines and a short extension

17  of these dates will not impact the other dates in the Court's Order.

18        ///      ///      ///

19        ///      ///      ///

20        ///      ///      ///

21        ///      ///      ///

22        ///      ///      ///

23        ///      ///      ///

STIPULATED MOTION & ORDER TO AMEND ORDER
SETTING TRIAL DATE AND RELATED DATES - 2

CASE NO. 2:17-cv-00676 MJP

HARPER | HAYES PLLC
One Union Square
600 University Street, Suite 2420
Seattle, Washington 98101
Telephone: 206-340-8010
Facsimile: 206-260-2852

1    DATED this 1st day of February 2018.

2   HARPER | HAYES PLLC

3

By: s/ *Gregory L. Harper*

4     Gregory L. Harper, WSBA No. 27311
      s/ *Charles K. Davis*

5     Charles K. Davis, WSBA No. 38231
      600 University Street, Suite 2420

6     Seattle, WA 98101
      **Tel.**      206.340.8010

7     **Fax.**      206.260.2852
      **Email:**    greg@harperhayes.com

8                   cdavis@harperhayes.com
      Attorneys for Plaintiff

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

LEWIS BRISBOIS BISGAARD & SMITH LLP

By: s/ *Gregory S. Worden*
    Gregory S. Worden, WSBA No. 24262
    s/ *Sarah Demaree*
    Sarah Demaree, WSBA No. 49624
    1111 Third Avenue, Suite 2700
    Seattle, WA 98101
    **Tel.**      206.436.2020
    **Fax.**      206.436.2030
    **Email:** Gregory.Worden@lewisbrisbois.com
             Sarah.Demaree@lewisbrisbois.com
    Attorneys for Defendant

STIPULATED MOTION & ORDER TO AMEND ORDER
SETTING TRIAL DATE AND RELATED DATES - 3

**CASE NO. 2:17-cv-00676 MJP**

HARPER | HAYES PLLC
One Union Square
600 University Street, Suite 2420
Seattle, Washington 98101
Telephone: 206-340-8010
Facsimile: 206-260-2852

## II. <u>ORDER</u>

Based on the above stipulation, IT IS ORDERED:

The Court amends the following deadlines of the Order Setting Trial Dates and Related Dates:

| Case Event | Old Date | New Date |
|---|---|---|
| Disclosure of expert testimony under FRCP 26(a)(2) | 2/7/18 | 3/7/18 |
| Disclosure of Rebuttal Witnesses | 3/9/18 | 4/6/18 |
| Discovery completed by | 4/9/18 | 5/7/18 |

DONE IN OPEN COURT THIS **6** day of February, 2018.

THE HONORABLE MARSHA J. PECHMAN
UNITED STATES DISTRICT COURT

Presented by:

HARPER | HAYES PLLC

By: s/ *Gregory L. Harper*
　　Gregory L. Harper, WSBA No. 27311
　　s/ *Charles K. Davis*
　　Charles K. Davis, WSBA No. 38231
　　600 University Street, Suite 2420
　　Seattle, WA  98101
　　**Tel.**　206.340.8010
　　**Fax.**　206.260.2852
　　**Email:**　greg@harperhayes.com
　　　　　　cdavis@harperhayes.com
　　Attorneys for Plaintiff

LEWIS BRISBOIS BISGAARD & SMITH LLP

By: s/ *Gregory S. Worden*
　　Gregory S. Worden, WSBA No. 24262
　　s/ *Sarah Demaree*
　　Sarah Demaree, WSBA No. 49624
　　1111 Third Avenue, Suite 2700
　　Seattle, WA  98101
　　**Tel.**　206.436.2020
　　**Fax.**　206.436.2030
　　**Email:** Gregory.Worden@lewisbrisbois.com
　　　　　　Sarah.Demaree@lewisbrisbois.com
　　Attorneys for Defendant

STIPULATED MOTION & ORDER TO AMEND ORDER
SETTING TRIAL DATE AND RELATED DATES - 4

CASE NO. 2:17-cv-00676 MJP

HARPER | HAYES PLLC
One Union Square
600 University Street, Suite 2420
Seattle, Washington  98101
Telephone: 206-340-8010
Facsimile: 206-260-2852

**CERTIFICATE OF SERVICE**

The undersigned certifies under penalty of perjury under the laws of the United States that on the below date I served this document on the following parties and counsel of record in the manner indicated:

**Attorneys for Houston Specialty Insurance**

Gregory S. Worden
Sarah E. Demaree
Lewis Brisbois Bisgaard & Smith LLP
1111 3rd Avenue, Suite 2700
Seattle, WA 98101

☒   Via USDC CM-ECF system
☐   Via U.S. Mail
☐   Via Messenger
☐   Via email: Gregory.Worden@lewisbrisbois.com
☐   Via email: Sarah.Demaree@lewisbrisbois.com

I further certify that, pursuant to Section III(M) of the *U.S. District Court Amended Electronic Filing Procedures*, I electronically delivered a proposed Order in Word format to the following judge's email:

**EMAIL ADDRESS**
pechmanorders@wawd.uscourts.gov

DATED *February 1, 2018* in Seattle, Washington.

Grace Kimm

CERTIFICATE OF SERVICE

**CASE NO. 2:17-cv-00676 MJP**

HARPER | HAYES PLLC
One Union Square
600 University Street, Suite 2420
Seattle, Washington 98101
Telephone: 206-340-8010
Facsimile: 206-260-2852