Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| 2FL ENTERPRISES, LLC, a Washington limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>HOUSTON SPECIALTY INSURANCE COMPANY, a foreign insurance company,<br><br>Defendant. | No. 2:17-cv-00676-MJP<br><br>STIPULATED MOTION AND ORDER TO STAY PROCEEDING PENDING THE RESOLUTION OF THE UNDERLYING MATTER<br><br>**NOTE ON MOTION CALENDAR:**<br>**March 7, 2018** |

## **STIPULATED MOTION**

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, 2FL Enterprises, LLC, ("2FL") Plaintiff, by and through its attorneys Gregory L. Harper and Charles K. Davis of Harper Hayes, PLLC and Defendant Houston Specialty Insurance Company ("HSIC"), by and through its attorneys, Gregory S. Worden and Sarah Demaree Macklin of Lewis Brisbois Bisgaard and Smith LLP, to stay proceedings in this matter, including discovery and all matters set forth in the Scheduling Orders (ECF 13, 25) including trial pending a resolution of the underlying lawsuit: *MCS Investments, LLC v. 2FL Enterprises, LLC,* King County Superior Court Case No. 16-2-09143-1 SEA.

This case is an insurance coverage dispute arising out of the underlying lawsuit against 2FL: The trial date in the underlying lawsuit was recently continued until November 5, 2018. This case is currently set to begin trial on August 6, 2018. The proceedings in this case arise out of and are related to the proceeding in the underlying case, and the outcome of that case may impact this

case.

No party will be prejudiced by the proposed stay. Further, it is likely without a stay the cost and expenses to each party will unnecessarily increase and judicial resources be wasted. Finally, the resolution of the underlying matter may simplify matters before this court and or limit the issues before this court.

For these reasons, the parties respectfully request that the Court grant the stipulated motion and stay this case for purposes of discovery and trial. The parties further request that the clerk issue a new scheduling order to be entered after the resolution of the underlying matter including all deadlines from expert disclosure forward.

The parties agree to provide a status report to the Court regarding the underlying lawsuit and issues relevant to the stay of this lawsuit no later than September 7, 2018.

DATED: March 7, 2018

| LEWIS BRISBOIS BISGAARD & SMITH LLP | HARPER | HAYES PLLC |
|---|---|

By: s/*Gregory S. Worden*  
By: s/*Sarah D. Macklin*  

By: s/ *Gregory L. Harper*  
By: s/ *Charles K. Davis*  

Gregory S. Worden, WSBA #24262  
Sarah D. Macklin, WSBA #49624  
1111 3rd Ave., Suite 2700  
Seattle, WA 98101  
Telephone: (206) 436-2020  
Fax: (206) 436-2030  
E-mail: Gregory.Worden@lewisbrisbois.com  
E-mail: Sarah.Macklin@lewisbrisbois.com  
Attorneys for Defendant  

Gregory L. Harper, WSBA No. 27311  
Charles K. Davis, WSBA No. 38231  
600 University Street, Suite 2420  
Seattle, WA 98101  
Tel. 206.340.8010  
Fax. 206.260.2852  
Email: greg@harperhayes.com  
cdavis@harperhayes.com  
Attorneys for Plaintiff

## II. ORDER

Based on the above stipulation, IT IS ORDERED:

This matter is stayed pending a resolution in *MCS Investments, LLC v. 2FL Enterprises, LLC,* King County Superior Court Case No. 16-2-09143-1 SEA. The parties shall provide a status report to the Court regarding the underlying lawsuit and issues relevant to the stay of this lawsuit no later than September 7, 2018, and every 60 days thereafter. The parties to this case shall promptly inform the Court upon learning of the resolution of the King County Superior court case. Any party may seek to lift or modify the stay if changed circumstances warrant lifting or modifying the stay. Upon lifting the stay, the clerk will issue a new scheduling order for this matter scheduling from expert disclosure forward.

DATED: ___March 8, 2018_____

_____
Marsha J. Pechman
United States District Judge

Presented by

| LEWIS BRISBOIS BISGAARD & SMITH LLP | HARPER | HAYES PLLC |
|---|---|

By: s/*Gregory S. Worden*  　　　By: s/ *Gregory L. Harper*
By: s/*Sarah D. Macklin*　　　　By: s/ *Charles K. Davis*

Gregory S. Worden, WSBA #24262　　　Gregory L. Harper, WSBA No. 27311
Sarah D. Macklin, WSBA #49624　　　　Charles K. Davis, WSBA No. 38231
1111 3rd Ave., Suite 2700　　　　　　　600 University Street, Suite 2420
Seattle, WA 98101　　　　　　　　　　Seattle, WA 98101
Telephone: (206) 436-2020　　　　　　Tel.　206.340.8010
Fax: (206) 436-2030　　　　　　　　　Fax.　206.260.2852
E-mail: Gregory.Worden@lewisbrisbois.com　　Email: greg@harperhayes.com
E-mail: Sarah.Macklin@lewisbrisbois.com　　　　　　cdavis@harperhayes.com
Attorneys for Defendant　　　　　　　Attorneys for Plaintiff