Honorable Marsha J. Pechman

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| 2FL ENTERPRISES, LLC, a Washington limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>HOUSTON SPECIALTY INSURANCE COMPANY, a foreign insurance company,<br><br>Defendant. | No. 2:17-cv-00676-MJP<br><br>STIPULATION AND ORDER OF DISMISSAL |

## STIPULATED MOTION

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, 2FL Enterprises, LLC, ("2FL") Plaintiff, by and through its attorneys Gregory L. Harper and Charles K. Davis of Harper Hayes, PLLC and Defendant Houston Specialty Insurance Company ("HSIC"), by and through its attorneys, Gregory S. Worden and Sarah Demaree Macklin of Lewis Brisbois Bisgaard and Smith LLP, and, pursuant to FRCP 41(a)(1)(A)(ii), that all claims in this action shall be dismissed with prejudice and without an award of costs or attorney fees to any party.

The Court stayed this insurance coverage action pending the resolution of the underlying lawsuit: *MCS Investments, LLC v. 2FL Enterprises, LLC*, King County Superior Court Case No. 16-2-09143-1 SEA. See Dkt. 27. The parties to both the underlying lawsuit and this insurance coverage action have resolved all claims through settlement.

STIPULATION AND ORDER OF DISMISSAL - 1
USDC WD WA CAUSE NO. 2:17-cv-00676-MJP

LEWIS BRISBOIS BISGAARD & SMITH LLP
1111 Third Avenue, Suite 2700
Seattle, Washington 98101
206.436.2020

4833-9675-0444.1

DATED this 6th day of July, 2018.

| | |
|---|---|
| LEWIS BRISBOIS BISGAARD & SMITH LLP | HARPER \| HAYES PLLC |
| By: s/Gregory S. Worden <br> By: s/Sarah D. Macklin <br> Gregory S. Worden, WSBA #24262 <br> Sarah D. Macklin, WSBA #49624 <br> 1111 3rd Ave., Suite 2700 <br> Seattle, WA 98101 <br> Telephone: (206) 436-2020 <br> Fax: (206) 436-2030 <br> E-mail: Gregory.Worden@lewisbrisbois.com <br> E-mail: Sarah.Macklin@lewisbrisbois.com <br> Attorneys for Defendant | By: s/Gregory L. Harper <br> By: s/Charles K. Davis <br> Gregory L. Harper, WSBA No. 27311 <br> Charles K. Davis, WSBA No. 38231 <br> 600 University Street, Suite 2420 <br> Seattle, WA 98101 <br> Telephone: (206) 340-8010 <br> Fax: (206) 260-2852 <br> Email: greg@harperhayes.com <br> E-mail: cdavis@harperhayes.com <br> Attorneys for Plaintiff |

## II.   ORDER OF DISMISSAL

THIS MATTER having been brought duly and regularly before the undersigned Judge of the above-entitled Court, the Court being fully advised in all matters, does herewith, pursuant to the foregoing stipulation,

**ORDER, ADJUDGE, AND DECREE** that all claims asserted against Defendant in this action shall be, and the same hereby are, dismissed with prejudice and without costs to any party.

DATED: July 9, 2018

_____
Honorable Marsha J. Pechman

Presented by:

| | |
|---|---|
| LEWIS BRISBOIS BISGAARD & SMITH LLP | HARPER \| HAYES PLLC |
| By: s/Gregory S. Worden <br> By: s/Sarah D. Macklin <br><br> Gregory S. Worden, WSBA #24262 <br> Sarah D. Macklin, WSBA #49624 <br> 1111 3rd Ave., Suite 2700 <br> Seattle, WA 98101 <br> Telephone: (206) 436-2020 <br> Fax: (206) 436-2030 <br> E-mail: Gregory.Worden@lewisbrisbois.com <br> E-mail: Sarah.Macklin@lewisbrisbois.com <br> Attorneys for Defendant | By: s/Gregory L. Harper <br> By: s/Charles K. Davis <br><br> Gregory L. Harper, WSBA No. 27311 <br> Charles K. Davis, WSBA No. 38231 <br> 600 University Street, Suite 2420 <br> Seattle, WA 98101 <br> Telephone: (206) 340-8010 <br> Fax: (206) 260-2852 <br> Email: greg@harperhayes.com <br> E-mail: cdavis@harperhayes.com <br> Attorneys for Plaintiff |

STIPULATION AND ORDER OF DISMISSAL - 2
USDC WD WA CAUSE NO. 2:17-cv-00676-MJP

LEWIS BRISBOIS BISGAARD & SMITH LLP
1111 Third Avenue, Suite 2700
Seattle, Washington 98101
206.436.2020

4833-9675-0444.1